THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FAULTLESS LAUNDRY COMPANY, LLC, a Delaware limited liability company,<br><br>Defendant. | NO.   2:22-cv-01442-RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE COURT DATES |

THIS MATTER having come on to be heard on the motion of Plaintiff, Plaintiff appearing through its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., that the Plaintiff is awaiting service of the lawsuit on the Defendant, and that the Plaintiff is requesting a 30-day extension, now, therefore;

IT IS HEREBY ORDERED that Plaintiff's Motion to Continue Court Dates has been granted as follows:

Deadline for FRCP 26(f) conference……………..January 16, 2023

Initial Disclosures Pursuant to FRCP 26(a)……..January 23, 2023

Combined Joint Status Report and Discovery
  Plan as Required by FRCP 26(f), and Local
  Rule CR 16……………………………………….. January 30, 2023

Dated this 16th day of December, 2022.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented for Entry by:

By: *s/Russell J. Reid*
Russell J. Reid, WSBA #2560
Reid, McCarthy, Ballew & Leahy, LLP
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone:  (206) 285-0464
Fax:  (206) 285-8925
Email:  rjr@rmbllaw.com
Email:  tom@rmbllaw.com
Attorneys for Plaintiff